# Exhibit J

| | |
|---|---|
| **To:** | Rawdon Messenger[rawdon@uphold.com] |
| **Cc:** | Simon mcloughlin[simon@uphold.com]; Michelle Quinn-O'Connor[michelle@uphold.com]; Alistair Morrison[alistairmorrison@btinternet.com] |
| **From:** | Meghan Gardler[meghan@mycred.io] |
| **Sent:** | Wed 10/17/2018 2:27:17 PM (UTC-04:00) |
| **Subject:** | Re: Uphold Join Campaign |

Perfect, yes please send over any collateral or drafts you have and I'll take a look. Is there a press release planned to announce the strategic partnership on your end?

Thanks,

**Meghan Gardler**
Director of Marketing
**Cred**
m: +16107643514
w: mycred.io   e: meghan@mycred.io

---

**From:** Rawdon Messenger <rawdon@uphold.com>
**Sent:** Wednesday, October 17, 2018 11:25:18 AM
**To:** Meghan Gardler
**Cc:** Simon mcloughlin; Michelle Quinn-O'Connor; Alistair Morrison
**Subject:** Re: Uphold Join Campaign

Hi Meg,
Great news!
We will be adding "Powered by Cred" to our product and marketing in appropriate spots going forward.
There is an email going out to our userbase today that will include this.
Also, the Cred logo is on our join.uphold.com landing page.
I'll send you a draft of the email that has updated messaging on the referral offer.
I'd be delighted to jump on a call to review details. LMK.

Thanks,

Rawdon

On Wed, Oct 17, 2018 at 10:41 AM Meghan Gardler <meghan@mycred.io> wrote:

> Hi Rawdon,
>
> I have solidified a strategy to start a campaign to drive traffic to join.uphold.com through email, social media, and our Telegram channel. My problem before I do that is that much of the messaging still has no mention of Cred. Dan is currently in New York for meetings and people have been asking him if Uphold is a competitor because there is little to no mention of Cred on the platform.
>
> Before I start pushing our users to Uphold, we need to clear up any disconnect. I will be releasing a blog post tomorrow

about our strategic partnership, but I also need the Uphold side to edit the emails, blog post, and messaging so that any time it says Uphold Earn and Uphold Borrow, there needs to be (powered by Cred) after. I know Simon has been working on clearing this up, but I don't see the updates in effect yet.

Thank you,

## Meghan Gardler
Director of Marketing
**Cred**
m: +16107643514
w: mycred.io   e: meghan@mycred.io

--



**Rawdon Messenger**
CHIEF GROWTH OFFICER
voice: (323) 401-1721 • email: rawdon@uphold.com

Join us at Uphold.com.

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties.
If you received this email in error, please advise me and delete this email immediately.
Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.