# Exhibit P

| To: | Michelle O'Connor[michelle.oconnor@uphold.com] |
| Cc: | JuanPablo Thieriot[jp.thieriot@uphold.com]; Meghan Gardler[meghan@mycred.io]; Simon mcloughlin[simon@uphold.com] |
| From: | Dan Schatt[dan@mycred.io] |
| Sent: | Wed 1/23/2019 10:11:42 PM (UTC-05:00) |
| Subject: | Re: CredEarn Email Marketing |

Case 22-50398-JTD    Doc 1-16    Filed 07/22/22    Page 2 of 5

Excellent!! Now in 92 countries!!!



**From:** Michelle O'Connor <michelle.oconnor@uphold.com>
**Date:** Wednesday, January 23, 2019 at 6:29 PM
**To:** Dan Schatt <dan@mycred.io>
**Cc:** JuanPablo Thieriot <jp.thieriot@uphold.com>, Meghan Gardler <meghan@mycred.io>, Simon mcloughlin <simon@uphold.com>
**Subject:** Re: CredEarn Email Marketing

Congratulations!!!

I would be happy to help - my hands are somewhat tied re: email, for now I've locked in placement in the newsletter.

Co-marketing we will absolutely support and drive, Meghan let's connect tomorrow and I'll
Share what I have planned to roll out ASAP!

On Wed, Jan 23, 2019 at 16:51 Dan Schatt <dan@mycred.io> wrote:
> Hi all –
>
> Today, we hit our 1,000th customer today with very little marketing!
>
> We now need your help to start marketing together. Similar to Brave, and other Uphold marketing campaigns, can we put together an integrated marketing plan/schedule for Cred Earn on Uphold that would include the items below.

**Michelle** – can we nominate you for this? Meghan can help you put this together and provide content.

- Email marketing

    - Use of the Join.uphold waitlist
    - "Earn on your crypto" emails- an Uphold blast to all non-US regions.
    - One targeted to customers that generate little/no revenue for Uphold
    - One targeted to customers of specific holdings that generate few transactions
    - One Included in the newsletter/digest emails
    - One Added to UP USD / UP EURO campaigns

- Twitter

    - Positive, direct tweets about CredEarn, similar to BAT (beyond answering customer questions)
    - "How-to" and educational tweets about the product
    - Add influencers in the XRP / BTC community
    - Include the rates that will be offered on UP USD and UP EURO
    - Include LBA now as a true utility that result in increased yields

- Blogs

    - "How-to" use Earn – video of screens
    - Write-up on the merits of earning / interview
    - Earning with UP USD / UP EURO

- PR

    - Placement of story with non-US publications
    - Include Earn on UP USD / UP EURO stories


**Simon-** By Jan 31, we'll have a full set of underwriting / risk management criteria we use in determining how we lend customer money. We should be able to turn this into a strength when discussing with media outlets.

Thank you,
Dan

**From:** Meghan Gardler <meghan@mycred.io>
**Date:** Tuesday, January 22, 2019 at 9:54 AM
**To:** Dan Schatt <dan@mycred.io>, Michelle O'Connor <michelle.oconnor@uphold.com>
**Cc:** Michelle O'Connor <michelle@uphold.com>, Simon mcloughlin <simon@uphold.com>
**Subject:** Re: CredEarn Email Marketing


Hi, just following up. Any word on timing?


Thanks,


Meghan Gardler

Director of Marketing

**Cred**

m: +16107643514

w: mycred.io   e: meghan@mycred.io

---

**From:** Dan Schatt
**Sent:** Monday, January 21, 2019 9:44:16 PM
**To:** Michelle O'Connor
**Cc:** Meghan Gardler; Michelle O'Connor; Simon mcloughlin
**Subject:** Re: CredEarn Email Marketing

Thanks Michelle, ideally, the email could go out this Wednesday to get everyone introduced to Cred Earn.  Then, when we announce UP USD is live on Thursday, we can add that you can earn a return through the earn app...and again next week when UP EUR is announced...

Sent from my iPhone
On Jan 21, 2019, at 12:05 PM, Michelle O'Connor <michelle.oconnor@uphold.com> wrote:

> Hi there,
>
> Great work last week!
>
> I will connect with our team on emails, and where we are at with regard to proactive email marketing, expect an update EOD latest early tomorrow.
>
>
> On Mon, Jan 21, 2019 at 10:51 Meghan Gardler <meghan@mycred.io> wrote:
>
>> Hi all!
>>
>>
>> Thank you for all of your support on the successful launch of CredEarn last week. I wanted to follow up on plans or dates for email marketing to begin on the Uphold side. I know you were having ESP problems but haven't heard an update on the timeline for release since last week. I understood that at the least, those who signed up on the waitlist would not be an issue to send email marketing too but maybe that has changed.
>>
>>
>> I put together some content that you can use, in an effort trying to make it as frictionless as possible to get these emails out. You can find the google doc **here**.
>>
>>
>> I know that we're not your only partner and there is a lot going on with the Uphold side, so I understand the time and bandwidth constraints. Any update would be much appreciated!
>>
>>
>> **Meghan Gardler**
>>
>> Director of Marketing

**Cred**

m: +16107643514

w: [mycred.io](mycred.io)  e: [meghan@mycred.io](meghan@mycred.io)

--

Michelle O'Connor

VP OF COMMUNICATIONS AND COMMUNITY

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties. If you received this email in error, please advise me and delete this email immediately. Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.

--

Michelle O'Connor

VP OF COMMUNICATIONS AND COMMUNITY

This message and attachments might contain privileged and/or confidential information, which should not be disclosed to third parties. If you received this email in error, please advise me and delete this email immediately. Any distribution, use or copying of this email or information it contains by other than the intended recipient is unauthorized.