# Exhibit Q

The Wayback Machine - https://web.archive.org/web/20200422052159/https://uphold.com/en/credearn/



Menu

# CredEarn

Become an Uphold member for a chance to earn up to 10% interest on the loan of your digital assets with CredEarn.

Learn more





We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our **cookies policy**.

Accept    Decline



**1** **Sign up for an Uphold account**

Create an Uphold account to authorize the CredEarn app.

Sign up

**2** **Verify your ID**

Please submit your residency address and a valid ID document to verify your identity.

Verify ID

**3** **Deposit funds**

Connect your bank account and/or credit card to fund your Uphold account.

Deposit funds

**4** **Continue to CredEarn**

Congratulations! You are ready to get started with CredEarn.

Go to CredEarn

Uphold is not a lender, loan broker, or loan arranger and is not offering anyone advice or assistance in obtaining a loan.

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our cookies policy.

Accept    Decline



Personal
Business
Partners

About
Careers
Press
Blog

**Help**

FAQ & Support
Platform Status
Cryptionary
Pricing
Legal

**Social**

Facebook
Twitter
Instagram
Linkedin

English US

Uphold Europe Limited, Reg No. 09281410, Registered Office: Suite A, 6 Honduras Street, London, England, EC1Y 0TH

Uphold HQ Inc. NMLS ID No. 1269875

© Uphold 2020. All Rights Reserved. Agreements Privacy & Data Policy California Privacy Cookie Policy

English US

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our cookies policy.

Accept Decline

The Wayback Machine - https://web.archive.org/web/20191106180122/https://uphold.com/



**Earn with Cred** NEW

Start earning up to 10% on your digital assets

# Buy and sell digital currencies easily.

From Dollar to Bitcoin in seconds.

Enter your email

Get started



Personal    Business    Partners    uphold

Sign in    Sign up    Menu

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our cookies policy.

Accept    Decline



| fiat currencies | cryptocurrencies and utility tokens | stablecoins | precious metals |

### Easy funding
Link your wallet to your bank account or debit card.

### Instant conversion
Seamless exchange between major digital and fiat currencies.

### Blockchain access
Transact with any wallet on seven crypto networks.

### Earn  NEW
Access a 3 - 10% return on your digital currency holdings.*

### Borrow  SOON
Access low cost credit, secured by your digital currency holdings.*

### Debit cards  SOON
Spend your balances with physical and virtual cards.*

Personal    Business    Partners    uphold

Sign in    Sign up    Menu

We use cookies to personalise content and ads, provide social media features, and analyse our traffic. To learn more check our cookies policy.

Accept    Decline




