# **<u>Exhibit BB</u>**

## **Filed Under Seal**