# **<u>Exhibit EE</u>**

# **Filed Under Seal**