# Exhibit LL



### CRED EARN Risk Report    -    March 11, 2020

---

**POSITION DETAILS & LIQUIDATION RISK**

| SYMBOL | EXPOSURE | MARK PRICE | LEVERAGE | LIQUIDATION PRICE / MARGIN CALL PRICE | SPOT EQUIVALENT | BREAKEVEN PRICE* | LIQUIDATION / MARGIN CALL PROBABILITIES | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 DAYS | 3 DAYS |
| **BTC** | 0.00 | $7,838 | | | | | | |
| XBTUSD | 0.00 | $7,835 | | | | | | |
| XBTM20 | 2032.53 | $7,988 | 22% | $6,567.13 | $6,417.13 | $6,229.01 | 0.00% | 0.00% |
| XBTH20 | 925.59 | $7,861 | 21% | $6,557.74 | $6,534.74 | $6,242.48 | 0.00% | 0.01% |
| XBT-MARGIN | 881.56 | $7,838 | | | | | | |
| BTC-IMPLIED | (63.69) | $7,838 | | | | | | |
| BTC-Mar | 369.81 | $7,869 | 20% | $6,357.50 | $6,326.50 | $6,263.55 | 0.00% | 0.00% |
| HUOBI-MARGIN | 94.79 | $7,838 | | | | | | |
| swap#24 3/24 12.5% | 282.00 | $7,838 | | | | | | |
| 3/27 9250 Call | (30.61) | $7,838 | | | | | | |
| Drawbridge-Margin | 300.00 | $7,838 | | | | | | |
| TOTAL | 4,791.97 | | | | | | | |
| | | | | | | | | |
| **XRP** | 0 | $0.2069 | | | | | | |
| XRPH20 | 2,422,000 | $0.00002630 | 38% | $0.00001706 | $0.1337 | $0.00001595 | 0.00% | 0.00% |
| XRP-Mar | 11,630,806 | $0.2071 | 28% | $0.1515 | $0.1513 | $0.1485 | 0.00% | 0.01% |
| HUOBI-MARGIN | 4,586,658 | $0.2069 | | | | | | |
| swap#21 4/13 7.5% | 14,187,651 | $0.2069 | | $0.1913 | $0.1913 | $0.1913 | 28.31% | 37.24% |
| swap#22 3/16 9.5% | 20,000,000 | $0.2069 | | $0.1500 | $0.1500 | $0.1500 | 0.00% | 0.05% |
| TOTAL | 52,827,115 | | | | | | | |
| | | | | | | | | |
| **ETH** | 783.40 | $196.50 | | | | | | |
| ETH-Mar | 9,599.11 | $197.40 | 67% | $65.64 | $64.74 | $64.35 | 0.00% | 0.00% |
| ETH-MARGIN | 21,467.77 | $196.50 | | | | | | |
| swap#9 open 11% | 14,367.00 | $196.50 | | $138.71 | $138.71 | $138.71 | 0.00% | 0.00% |
| OPTIONS Margin | 5,500.00 | $196.50 | | | | | | |
| TOTAL | 51,717.28 | | | | | | | |



### CRED EARN Risk Report    -    March 12, 2020

**POSITION DETAILS & LIQUIDATION RISK**

| SYMBOL | EXPOSURE | MARK PRICE | LEVERAGE | LIQUIDATION PRICE / MARGIN CALL PRICE | SPOT EQUIVALENT | BREAKEVEN PRICE* | LIQUIDATION / MARGIN CALL PROBABILITIES | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 DAYS | 3 DAYS |
| **BTC** | 0.00 | $5,872 | | | | | | |
| XBTUSD | 0.00 | $5,872 | | | | | | |
| XBTM20 | 0.00 | $5,872 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #VALUE! | #VALUE! |
| XBTH20 | 0.00 | $5,872 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #VALUE! | #VALUE! |
| XBT-MARGIN | 90.40 | $5,872 | | | | | | |
| BTC-IMPLIED | (61.79) | $5,872 | | | | | | |
| BTC-Mar | 0.00 | $5,872 | #DIV/0! | $0.00 | $0.00 | #DIV/0! | #VALUE! | #VALUE! |
| HUOBI-MARGIN | 0.00 | $5,872 | | | | | | |
| swap#24 3/24 12.5% | 282.00 | $5,872 | | | | | | |
| 3/27 9250 Call | (0.02) | $5,872 | | | | | | |
| Drawbridge-Margin | 300.00 | $5,872 | | | | | | |
| TOTAL | 610.59 | | | | | | | |
| **XRP** | 0 | $0.1545 | | | | | | |
| XRPH20 | 2,422,000 | $0.00002551 | 36% | $0.00001706 | $0.1002 | $0.00001645 | 0.00% | 0.00% |
| XRP-Mar | 0 | $0.1505 | #DIV/0! | $0.0000 | $0.0040 | #DIV/0! | #VALUE! | #VALUE! |
| HUOBI-MARGIN | 0 | $0.1545 | | | | | | |
| swap#21 4/13 7.5% | 14,187,651 | $0.1545 | | $0.1913 | $0.1913 | $0.1913 | 100.00% | 100.00% |
| swap#22 3/16 9.5% | 20,000,000 | $0.1545 | | $0.1500 | $0.1500 | $0.1500 | 66.70% | 71.38% |
| TOTAL | 36,609,651 | | | | | | | |
| **ETH** | 0.00 | $130.10 | | | | | | |
| ETH-Mar | 13,466.20 | $131.10 | 54% | $61.94 | $60.94 | $60.14 | 0.00% | 0.00% |
| ETH-MARGIN | 16,814.63 | $130.10 | | | | | | |
| swap#9 open 11% | 14,367.00 | $130.10 | | $138.71 | $138.71 | $138.71 | 100.00% | 100.00% |
| OPTIONS Margin | 6,283.40 | $130.10 | | | | | | |
| 4/23 160 Put | (1471.85) | $130.10 | | | | | | |
| 4/23 200 Put | 1998.50 | $130.10 | | | | | | |
| TOTAL | 51,457.88 | | | | | | | |

