# **<u>Exhibit RR</u>**

# **Filed Under Seal**