# Exhibit SS

# Filed Under Seal