# Exhibit OOO

# Filed Under Seal