# Exhibit SSS

# Filed Under Seal